UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JAN 19 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CRIMINAL NO. |
| | ) SA17-MJ-59(1)JWP |
| Plaintiff, | ) INFORMATION |
| | ) |
| v | ) Count One – Title 18 U.S.C. Section 13 |
| | ) (Involving Section 49.04(d) T.P.C.) – Driving |
| LILIANA Y. HERNANDEZ, | ) While Intoxicated |
| | ) Count Two – Title 18 U.S.C. Section 13 |
| Defendant. | ) (Involving Section 521.457 T.T.C.) – |
| | ) Driving Without Valid License |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. §13 (Involving §49.04(d), T.P.C.)]

On or about 26 October 2016, at Joint Base San Antonio – Fort Sam Houston, Texas, in the Western District of Texas and within the special maritime and territorial jurisdiction of the United States, the Defendant,

LILIANA Y. HERNANDEZ,

did then and there drive and operate a motor vehicle in a public place while the said Defendant was intoxicated, namely: the Defendant did not have the normal use of her mental and physical faculties by reason of the introduction of alcohol into her body, and the Defendant had an alcohol concentration of 0.15 or more in her body, in violation of Title 18, United States Code, Section 13 (involving Section 49.04(d), Texas Penal Code).

<u>COUNT TWO</u>
[18 U.S.C. §13, (Involving §521.457, T.T.C.)]

On or about 26 October 2016, at Joint Base San Antonio – Fort Sam Houston, Texas, in the Western District of Texas and within the special maritime and territorial jurisdiction of the United States, the Defendant,

LILIANA Y. HERNANDEZ,

did then and there drive and operate a motor vehicle on a public highway during a period that the Defendant's driver's license was invalid, in violation of Title 18, United States Code, Section 13, involving Section 521.457, Texas Transportation Code.

Respectfully submitted,

RICHARD L. DURBIN, JR.
United States Attorney

SARAH WANNARKA
Assistant United States Attorney

By: DAVID K. ROLEK
Special Assistant United States Attorney
502 FSG Legal Office
JBSA-Fort Sam Houston, Texas 78234
Illinois Bar # 6313853
Tel: (210) 466-8979
Fax: (210) 808-0164