6/7/2011 Order Granting Motion to Detain

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| vs. | § | NO: SA:17-M -00059(1) |
| | § | |
| (1) LILIANA Y. HERNANDEZ | § | |

### ORDER GRANTING MOTION TO DETAIN

At the initial appearance, the government requested that the defendant be detained without bond pending trial pursuant to Title 18 U.S.C. Section 3142(f).

The defendant has filed a Waiver of Detention Hearing in which defendant acknowledged his right to a detention hearing, and waived that hearing and his right to contest the government's motion to detain.

Accordingly, it is ORDERED that:

(1) The government's motion to detain is GRANTED.

(2) Defendant is detained without bond pending trial.

(3) Defendant is committed to the custody of the Attorney General for confinement in a corrections facility seperate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

(4) Defendant shall be afforded reasonable opportunity for private consultation with counsel.

(5) On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with any court proceeding.

The Court **RECOMMENDS** that, should defendant be convicted, defendant's waiver of the detention hearing be considered in determining whether to award credit for acceptance of responsibility under the Sentencing Guidelines.

It is so **ORDERED** this 22nd day of March, 2017.

_____
JOHN W PRIMOMO
U.S. MAGISTRATE JUDGE