UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | NO.  SA-16-MJ-0059 |
| | ) | |
| LILIANA Y. HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS COUNT TWO WITH PREJUDICE

COMES NOW the United States, by and through the undersigned Assistant United States Attorney, and files this Motion to Dismiss Count Two of the Information, which charges Defendant with Driving Without Valid License in violation of 18 U.S.C. Section 13 (Involving Section 521.457 of the Texas Transportation Code), with prejudice, against Defendant, Liliana Y. Hernandez, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

RICHARD L. DURBIN, JR.
United States Attorney

KAREN NORRIS
Assistant United States Attorney

_____/s/_____
By:   DAVID K. ROLEK
Special Assistant United States Attorney
502 FSG Legal Office
JBSA-Fort Sam Houston, Texas 78234
Illinois Bar # 6313853
Tel: (210) 466-8979
Fax:   (210) 808-0164

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2017 a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to Counsel of Record.

                                                  /s/
                                       By:   DAVID K. ROLEK
                                       Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | NO.   SA-16-MJ-0059 |
| | ) | |
| LILIANA Y. HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER ON GOVERNMENT'S MOTION TO DISMISS COUNT TWO</u>**

On this day the Court considered the Government's Motion to Dismiss Count Two of the Information and finds said Motion is GRANTED, and Count Two of the Information is dismissed, with prejudice.

Signed and entered on the _____ day of _____, 2017.

_____
HONORABLE JUDGE JOHN W. PRIMOMO
UNITED STATES MAGISTRATE JUDGE