UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Cr. No.:  SA:17-M -00059(1)  JWP |
| | § | |
| (1) LILIANA Y. HERNANDEZ | § | |
| *Defendant* | | |

## ORDER SETTING REARRAIGNMENT AND PLEA

IT IS HEREBY ORDERED that the above entitled and numbered case is set for REARRAIGNMENT/PLEA AND SENTENCE, in the Courtroom A, 655 East Cesar E. Chavez Boulevard, SAN ANTONIO, Texas, on Wednesday, May 03, 2017 at 9:30 AM.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services Office and the U.S. Probation Office.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he shall be present.

IT IS SO ORDERED on this 21st day of April, 2017.

_____
JOHN W PRIMOMO
U.S. MAGISTRATE JUDGE